NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARSHALL PATENT HOLDINGS, LLC,**
*Plaintiff-Appellant,*

v.

**U.S. SOUTH COMMUNICATIONS, INC.,**
*Defendant-Appellee.*

---

2011-1011

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0222, Judge Leonard Davis.

---

**ON MOTION**

---

**ORDER**

U.S. South Communications, Inc. moves for a 14-day extension of time, until February 10, 2011, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael P. Mazza, Esq.
    Robin L. McGrath, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK